# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0381
_____

LILIA BELKOVA RUSSO,

Appellant,

v.

JAMES CIUFFETELLI, BC AND GM
LLC, BRITTANY TYLER, ZACHARY
KITE, IOANNIS ANDREAS
KARAMBELAS,

Appellees.

_____


On appeal from the Circuit Court for Levy County.
William E. Davis, Judge.


December 12, 2023

PER CURIAM.

The Court dismisses this appeal for lack of jurisdiction.

LEWIS, B.L. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lilia Belkova Russo, pro se, Appellant.

James R. Ciuffetelli, pro se, Appellee.